**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| INGURAN, LLC d/b/a STGENETICS, XY, LLC, and CYTONOME/ST, LLC,<br><br>     Plaintiffs,<br><br>  v.<br><br>ABS GLOBAL, INC., GENUS PLC, and PREMIUM GENETICS (UK) LTD,<br><br>     Defendants, | Case No.  17-cv-446 |

## DECLARATION OF STEVEN J. HOROWITZ

I, Steven J. Horowitz, declare as follows:

1.      I am an attorney with the law firm Sidley Austin LLP, counsel for ABS Global, Inc., Genus plc, and Premium Genetics (UK) Ltd.

2.      I have personal knowledge of the matters set forth herein.

3.      Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 9,588,100 titled "Microfluidic System and Method with Focused Energy Apparatus," which issued on March 7, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 9, 2017

                                                                                                Steven J. Horowitz